# United States Bankruptcy Court
## Northern District of Illinois, Eastern Division

| | | |
|---|---|---|
| IN RE: Katarisha Cooper | ) | Chapter 13 |
| | ) | Case No. 18 B 01757 |
| Debtor(s) | ) | Judge LaShonda A. Hunt |

## Notice of Motion

Katarisha Cooper
9518 S Normal
Chicago, IL  60628

Debtor Attorney: Fernandez & Gray
via Clerk's ECF noticing procedures

On May 07, 2018 at 10:30 am, I will appear at the location listed to the right, and present this motion.

> Dirksen Federal Building
> 219 South Dearborn
> Courtroom 719
> Chicago, IL  60604

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail or by the methods indicated on or before Tuesday, April 17, 2018.

/s/ MARILYN O. MARSHALL

MARILYN O. MARSHALL, TRUSTEE

---

## Motion to Dismiss Case For Unreasonable Delay

Comes now Marilyn O. Marshall, Standing Trustee, and requests that this case be dismissed, as Debtor(s) failed to file the required documents pursuant to 11 USC §521, §1307, §349, and Rule 3015, and in support thereof states the following:

1. Debtor(s) filed for Chapter 13 on 01/22/2018.

2. The debtor(s) have failed to amend schedule G to list landlord.

3. The Debtor has failed to amend the petition to list new address.

4. The Debtor has failed to amend schedule J to list correct rent expense.

5. The Debtor has failed to provide proof of car insurance.

6. The Debtor has failed to amend schedule I to remove Uber income.

7. The Debtor has failed to amend the plan to complete sections 2.2, 2.3, 5.1, and 7.1.

8. The debtor's failure to confirm a plan in a timely manner constitutes unreasonable delay.

WHEREFORE, the Trustee prays that this case be dismissed, and for any and all other relief this court deems just and proper.

Office of the Chapter 13 Trustee
224 S Michigan Ave
Ste 800
Chicago, IL  60604
(312) 431-1300

/s/ MARILYN O. MARSHALL

MARILYN O. MARSHALL, TRUSTEE