UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>Katarisha Cooper<br><br><br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | BK No.:  18-01757<br><br>Chapter:  13<br><br>Honorable LaShonda Hunt |

**ORDER ALLOWING CHAPTER 13 COMPENSATION UNDER
COURT-APPROVED RETENTION AGREEMENT**
(Use for cases filed on or after April 20, 2015)

On the application of debtor(s)' counsel for compensation for representing the debtor(s) in this case and pursuant to the Court-Approved Retention Agreement executed by debtor(s) and counsel, the court grants the application based on its finding that the allowance is reasonable under the provisions of 11 U.S.C. § 330(a), as follows:

| | | |
|---|---:|---|
| $ | 4,000.00 | for legal services through conclusion of the case. |
| $ | 0 | for reimbursable expenses. |
| $ | 4,000.00 | **total fees and reimbursement allowed.** |
| -$ | 500.00 | less payment received from debtor before date of application. |
| $ | 3,500.00 | **balance allowed and due to the attorney under this** |

Enter:

*LaShonda A. Hunt* (signature)

Honorable LaShonda A. Hunt

Dated:  June 18, 2018

United States Bankruptcy Judge

**Fees Payable to:**

FERNANDEZ & GRAY
Attorney for Debtor
108 Madison - 2nd Floor
Oak Park, Illinois 60302
(708) 386-1812

Rev: 4/21/15

Local Bankruptcy Form 23-3