**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN THE MATTER OF: | ) CHAPTER 13 PROCEEDINGS |
| Katarisha Cooper | ) CASE NO. 18-01757 |
| | ) JUDGE Hunt |
| DEBTOR(S) | ) TRUSTEE, Marshall |

## NOTICE OF MOTION

TO:  Marilyn O Marshall Trustee, 224 S Michigan Suite 800 Chicago, IL 60603
      See Attached List

PLEASE TAKE NOTICE THAT ON  07/09/18  at   9:30 am   I shall appear before the Honorable Judge Hunt, or any judge sitting in his or her place and stead, in courtroom  719  at 219 S. Dearborn Chicago, IL 60604 and shall then and there present the attached Motion.

## CERTIFICATION

I, the undersigned Attorney, certify that I served a copy of this notice and attached motion referred to herein by mailing a copy to each person to whom it is directed at the addresses indicated above and on any additional attached list of creditors, by depositing the same in the U.S. Mail depository at Lombard and Madison Avenue in Oak Park, Illinois on         06-30     ,  2018    , with proper postage prepaid before 7:00 p.m.

By   /s/ Bennie W. Fernandez

Bennie W. Fernandez and Associates
Attorneys For Debtor(s),
108 W. Madison Street
(708) 386-1812

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 18-01757<br>Northern District of Illinois<br>Chicago<br>Sat Jun 30 12:23:23 CDT 2018 | U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 | Amita Health<br>P.O. Box 9246<br>Hinsdale, IL 60522-9246 |
| Bridgecrest Credit<br>4020 E Indian School Road<br>Phoenix, AZ 85018-5220 | Chicago Patrolmans Federal Credit U<br>1359 W Washington Blvd<br>Chicago, IL 60607-1905 | Chicago Patrolmen's Federal Credit Unio<br>Trunkett & Trunkett, P.C.<br>20 N. Wacker Suite 1434<br>Chicago, IL 60606-2906 |
| City of Chicago<br>Department of Revenue<br>P.O. Box 88292<br>Chicago, IL 60680-1292 | City of Chicago Department of Finance<br>c/o Arnold Scott Harris<br>111 W Jackson Blvd Ste 600<br>Chicago,IL 60604-3517 | Com Ed<br>P.O. Box 6111<br>Carol Stream, IL 60197-6111 |
| Comcast<br>P.O. Box 3002<br>Southeastern, PA 19398-3002 | Commonwealth Edison Company<br>Bankruptcy Department<br>1919 Swift Drive<br>Oakbrook Terrace, IL 60523-1502 | Illinois Tollway<br>P.O. Box 5201<br>Lisle, IL 60532-5201 |
| (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | Nicor Gas<br>P.O. Box 190<br>Aurora, IL 60507-0190 | PLS Financial<br>1 South Wacker Drive<br>Chicago, IL 60606-4603 |
| Pamela Williams<br>9522 S Normal Ave<br>Chicago, IL 60628-1130 | Patricia & Richard Reske<br>16452 Boardwalk Terrace<br>Tinley Park, IL 60487-5617 | People Gas<br>130 E Randolph Drive<br>Chicago, IL 60601-6207 |
| (p)SPRINT NEXTEL CORRESPONDENCE<br>ATTN BANKRUPTCY DEPT<br>PO BOX 7949<br>OVERLAND PARK KS 66207-0949 | The Payday Loan Store<br>c/o Creditors Bankruptcy Service<br>P.O. Box 800849<br>Dallas, TX 75380-0849 | (p)US BANK<br>PO BOX 5229<br>CINCINNATI OH 45201-5229 |
| nicor gas<br>po box 549<br>aurora il 60507-0549 | Bennie Fernandez<br>Fernandez & Gray<br>108 Madison Street<br>Oak Park, IL 60302-4251 | Bennie W Fernandez<br>Fernandez & Gray<br>108 W Madison St<br>Oak Park, IL 60302-4251 |
| Katarisha Cooper<br>9522 S Normal<br>Chicago, IL 60628-1130 | Marilyn O Marshall<br>224 South Michigan Ste 800<br>Chicago, IL 60604-2503 | PATRICIA RESKE<br>16452 Boardwalk Terr<br>Tinley Park, IL 60487-5617 |
| Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604-2027 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Jefferson Capital Systems LLC
Po Box 7999
Saint Cloud Mn 56302-9617

Sprint
P.O. Box 219554
Kansas City, MO 64121

U.S. Bank National Association
Bankruptcy Department
PO Box 108
St. Louis MO 63166-0108

(d)US Bank
P.O. Box 790408
Saint Louis, MO 63179-0408

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Chicago Patrolmen's Federal Credit Unio

End of Label Matrix
Mailable recipients    27
Bypassed recipients     1
Total                  28

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS- EASTERN DIVISION

In Re:

| | |
|---|---|
| Katarisha Cooper | ) Case: 18-01757 |
| | ) |
| | ) Judge: Hunt |
| | ) |
| Debtor, | ) Trustee: Marshall |
| | ) |

**MOTION TO VACATE THE ORDER OF 06/18/18 DISMISSING THE CASE**

Now comes the Debtor Katarisha Cooper by and through her attorney Bennie W. Fernandez on her motion to vacate the order of 12/21/16 dismissing the above captioned case and in support thereof states as follows:

1. That the above captioned case was dismissed on 06/18/18.

2. The case was dismissed on 06/18/18 due failure to amend plan and schedules.

3. The Debtor's schedules and plan were amended and the debtor is current on her plan payments.

WHEREFORE the debtor request that the order of 06/18/18 dismissing the above captioned case be vacated.

       /s/ Bennie W. Fernandez
       By Debtor Attorney

Bennie W. Fernandez
108 W. Madison Street
Oak Park, Illinois 60302
(708) 386-1812